**Jack A. SCHWANER, Plaintiff— Appellant,**

v.

**DEPARTMENT OF DEFENSE, Defendant—Appellee.**

**No. 04–1585.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 22, 2004.

Decided Oct. 18, 2004.

Jack A. Schwaner, Appellant pro se. Anita K. Henry, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jack A. Schwaner appeals the district court's order granting the Department of Defense's motion for summary judgment on Schwaner's civil action, which alleged that the Department improperly denied his requests for the names and military addresses of certain service personnel in violation of the Freedom of Information Act ("FOIA"). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Schwaner v. Dep't of Defense,* CA–03–126–4 (E.D.Va. Apr. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*